IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION

| | |
|---|---|
| ANGELA BROWN, | * |
| Plaintiff, | * |
| v. | Case No. 1:21-CV-58(LAG) |
| | * |
| COMMISSIONER OF SOCIAL SECURITY, | |
| | * |
| Defendant. | |
| _____ | * |

## **J U D G M E N T**

Pursuant to the Order of this Court filed February 14, 2023, and for the reasons stated therein, JUDGMENT is hereby entered awarding Plaintiff attorneys' fees in the amount of $4,352.55 and $21.48 in expenses.

This 14th day of February, 2023.

David W. Bunt, Clerk

s/ William C. Lawrence, Deputy Clerk